# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30446

United States Court of Appeals
Fifth Circuit

**FILED**

April 2, 2018

Lyle W. Cayce
Clerk

TYRONE LEWIS PERRY,

Plaintiff-Appellant

v.

CORRECT HEALTH MEDICAL SERVICES; JEFFERSON PARISH SHERIFF'S OFFICE,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:17-CV-556

Before HIGGINBOTHAM, JONES, and COSTA, Circuit Judges.

PER CURIAM:[*]

Tyrone Lewis Perry, Louisiana prisoner # 295698, moves this court to proceed in forma paupers (IFP) on appeal from the magistrate judge's orders denying his motions to proceed IFP in his 42 U.S.C. § 1983 action and for reconsideration.   The magistrate judge determined that Perry had not submitted the required certified account statement, which he has now provided in his motion to proceed IFP on appeal.

---

[*] Pursuant to , and Perry 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-30446

We have jurisdiction to review only final decisions and specific types of interlocutory orders that are covered by the collateral order doctrine. *See* 28 U.S.C. §§ 1291, 1292; *Davis v. East Baton Rouge Parish Sch. Bd.*, 78 F.3d 920, 925-26 (5th Cir. 1996). Because the parties did not consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c)(1), the orders issued by the magistrate judge are not directly appealable to this court. *See Donaldson v. Ducote*, 373 F.3d 622, 624-25 (5th Cir. 2004). Instead, Perry must first object or otherwise dispute the rulings before the district court. *See id.* at 624. Moreover, nothing prevents Perry from moving again to proceed IFP in the district court based on a current certified account statement. We lack jurisdiction to consider the magistrate judge's decisions to deny Perry's motion to proceed IFP and his motion for reconsideration. Thus, Perry's motion to proceed IFP on appeal is DENIED, and this appeal is DISMISSED for lack of jurisdiction.